UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Alvin Howard
_____, )
       Plaintiff (s), )
        )
v. ) Case No.
        )
Leo A. Whiteside, et al )
_____, )
       Defendant(s). )

## NOTICE OF INTENT TO USE
## PROCESS SERVER

Comes now ____Plaintiff____ and notifies the court of the intent to use
    (Plaintiff or Defendant)

____Kellerman Investigations, Ltd.____
(name and address of process server)
____60 South Main Street____

____Glen Carbon, IL 62034____

To serve: Leo A. Whiteside, Patricia L. Whiteside, Individually and as Trustee of the Patricia Whiteside Revocable Trust Dated 12-20-1987 and Missouri Bone and Joint Center in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

____01/05/2010____        ____John A. Bruegger____
(date)        (attorney for Plaintiff)

       _____
       (attorney for Defendant)