UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALVIN HOWARD,<br><br>　　　Plaintiff,<br><br>vs.<br><br>LEO A. WHITESIDE, an individual,<br>PATRICIA L. WHITESIDE, individually<br>and as Trustee of the PATRICIA<br>WHITESIDE REVOCABLE TRUST<br>DATED 12-20-1987, and MISSOURI<br>BONE AND JOINT CENTER, INC.,<br>a Missouri Corporation,<br><br>　　　Defendants. | Case No. 4:10CV0013 CAS |

## NOTICE OF MOTION TO CONSOLIDATE CASES
## PURSUANT TO LOCAL RULE 42-4.03

Comes now plaintiff, ALVIN HOWARD, by and through his attorneys, Knapp, Ohl, Green & Marron and advises the Court that on January 12, 2010 undersigned counsel filed with this Court Plaintiff Alvin Howard's Motion to Consolidate Cases and Memorandum in Support in cause number 05-CV-1333-HEA. A copy of the Motion to Consolidate is attached hereto as Exhibit A.

　　　　　　　　　　　　　　　　　KNAPP, OHL, GREEN & MARRON

　　　　　　　　　　　　　　　　　By: /s/ John A. Bruegger
　　　　　　　　　　　　　　　　　　　JOHN A. BRUEGGER, #112204
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　6100 Center Grove Road
　　　　　　　　　　　　　　　　　　　P.O. Box 446
　　　　　　　　　　　　　　　　　　　Edwardsville, IL 62025
　　　　　　　　　　　　　　　　　　　(618) 656-5088
　　　　　　　　　　　　　　　　　　　(618) 656-5466 FAX
　　　　　　　　　　　　　　　　　　　E-mail: jab@knappohlgreen.com