UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALVIN HOWARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 10-cv-13-HEA |
| ) | |
| MISSOURI BONE AND JOINT CENTER, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Comes now J. Talbot Sant, Jr., of the law firm Armstrong Teasdale LLP, and, enters his appearance on behalf of Defendant, Missouri Bone and Joint Center, Inc.

SO ORDERED:


Date:_____          _____
                                              Judge



ARMSTRONG TEASDALE LLP

BY: /s/ J. Talbot Sant, Jr.
    J. Talbot Sant, Jr.         #4260
    One Metropolitan Square, Suite 2600
    St. Louis, Missouri 63102-2740
    (314) 621-5070
    (314) 621-5065 (facsimile)
    jsant@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
MISSOURI BONE AND JOINT CENTER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the parties via the court's electronic filing system and to all attorneys of record as follows by first class United States Mail postage pre-paid on this January 28, 2010,:

**Mr. L. David Green**
Knapp, Ohl & Green
6100 Center Grove Road
P.O. Box 446
Edwardsville, IL 62025
618-656-5088
618-656-5466 – Fax
ldg@knappohlgreen.com

**Lawrence D. Green**
KNAPP, OHL AND GREEN
6100 Center Grove Road
Edwardsville , IL 62025
618-656-5088
Fax: 618-656-5466
Email: ldg@knappohlgreen.com

**John A. Bruegger**
KNAPP, OHL AND GREEN
707 Berkshire Boulevard
P.O. Box 521
East Alton , IL 62024
618-259-2222
Fax: 618-259-2251
Email: jab@knappohlgreen.com

**David Streett**
Herren, Dare & Street
1051 North Harrison Avenue,
Saint Louis, MO 63122
(314) 965-3373
dstreett@hdsstl.com

**Elizabeth A. Bradley**
KNAPP AND OHL
6100 Center Grove Road
P.O. Box 446
Edwardsville , IL 62025
618-656-5088
Fax: 618-656-5466

**William J. Knapp**
KNAPP AND OHL
6100 Center Grove Road
P.O. Box 446
Edwardsville , IL 62025
618-656-5088
Fax: 618-656-5466
Email: wjk@knappohlgreen.com

**Larry Parres**
LEWIS RICE
500 N. Broadway
Suite 2000
St. Louis , MO 63102-2147
314-444-7682
Fax: 314-444-7682
Email: lparres@lewisrice.com

**Grant R. Doty**
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, MO 63102
314-444-7682
314-612-7682 – fax

/s/ J. Talbot Sant, Jr.